THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAYED BOURI, and<br>ZAYED BOURI<br><br>　　　　Defendants | Case No.: 2:22-cr-0084 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　July 21, 2022<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

## **STIPULATION**

　　The United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with Thomas A. Johnson and Monica A. Quinlan, counsel for defendant, Zayed Bouri, as well as Malcolm Segal, counsel for defendant, Kayed Bouri, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on July 21, 2022.
2. By this stipulation, defendant now moves to continue the Status Conference to October 20, 2022, at 9:30 a.m.
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because counsel for both defendants need additional time to review the discovery provided by the government, assess the case, and discuss it with their clients.

   b. Counsel for both defendants believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The Government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 21, 2022, to October 20, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: July 15, 2022

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Zayed Bouri

DATE: July 15, 2022

/s/ Monica A. Quinlan
MONICA A. QUINLAN
Attorney for Zayed Bouri

DATE: July 15, 2022

/s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Kayed Bouri

DATED: July 15, 2022

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

## ORDER

The Court has read and considered the parties' Stipulation. The Court ORDERS that the status conference be continued to October 20, 2022, at 9:30 a.m. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between July 21, 2022, and October 20, 2022.

Dated: July 19, 2022

Troy L. Nunley
United States District Judge