PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>KAYED BOURI AND<br>ZAYED BOURI,<br><br>                    Defendants. | CASE NO. 2:22-CR-0084 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 3, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on January 3, 2023.

2. By this stipulation, defendants now move to continue the status conference until April 4, 2023, and to exclude time between January 3, 2023, and April 4, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 24,000 Bates numbered items that include financial records, law enforcement reports, and videos among other things. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time both defendants need additional time to review the discovery provided by the government, assess the case, and discuss it with

their clients, and otherwise prepare the matter for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 3, 2023 to April 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: December 21, 2022        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ HEIKO P. COPPOLA
                   HEIKO P. COPPOLA
                   Assistant United States Attorney

| | |
|---|---|
| Dated:  December 21, 2022 | /s/ MALCOLM SEGAL<br>MALCOLM SEGAL<br>Counsel for Defendant<br>KAYED BOURI |
| Dated:  December 21, 2022 | /s/ THOMAS JOHNSON<br>THOMAS JOHNSON<br>Counsel for Defendant<br>ZAYED BOURI |

## ORDER

Pursuant to the stipulation of the parties, the status conference previously scheduled for January 3, 2023 is continued to April 4, 2023, at 9:30 a.m. and time is excluded between January 3, 2023, and April 4, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **December 22, 2022**        /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE