Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
KAYED BOURI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:22-CR-00084 DAD-1 |
| Plaintiff, | |
| v. | **DEFENDANT'S WAIVER OF APPEARANCE** |
| KAYED BOURI, | |
| Defendant. | |

   Defendant, Kayed Bouri, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence.  Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally

-1-

DEFENDANT'S WAIVER OF APPEARANCE

present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

Dated:  January 15, 2023.

/s/ Kayed Bouri_____
KAYED BOURI

Dated:  January 19, 2023.     **SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal_____
MALCOLM SEGAL
Attorneys for Defendant
KAYED BOURI

**ORDER**

IT IS SO ORDERED.

Dated:   **January 19, 2023**               \_\_\_Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE