PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0084 DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KAYED BOURI AND ZAYED BOURI, | DATE: April 4, 2023 TIME: 9:00 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on April 4, 2023.

2. By this stipulation, defendants now move to continue the status conference until July 11, 2023, and to exclude time between April 4, 2023, and July 11, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 24,000 Bates numbered items that include financial records, law enforcement reports, and videos among other things. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The United States also anticipates providing additional discovery requested by the defendants.

    b) Counsel for both defendants desires additional time to review the discovery

provided by the government, assess the case, and discuss it with their clients, and otherwise prepare the matter for trial.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2023 to July 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 29, 2023                             PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ HEIKO P. COPPOLA
                                                       HEIKO P. COPPOLA
                                                       Assistant United States Attorney

Dated: March 29, 2023                         /s/ MALCOLM SEGAL
                                              MALCOLM SEGAL
                                              Counsel for Defendant
                                              KAYED BOURI

Dated: March 29, 2023                         /s/ THOMAS JOHNSON
                                              THOMAS JOHNSON
                                              Counsel for Defendant
                                              ZAYED BOURI

**ORDER**

Pursuant to the stipulation of the parties, the status conference in this case previously scheduled for April 4, 2023 is continued to July 11, 2023, at 9:30 a.m. and time is excluded between April 4, 2023, and July 11, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **March 29, 2023**                    _____
                                              UNITED STATES DISTRICT JUDGE