Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
KAYED BOURI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KAYED BOURI,<br>ZAYED BOURI,<br><br>    Defendants. | Case No: 2:22-CR-00084 DAD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  July 11, 2023<br>Time:  9:30 a.m.<br>Court:  Hon. Dale A. Drozd |

## **STIPULATION**

1.  By previous order, this matter was set for status on July 11, 2023.

2.  By this stipulation, defendants now move to continue the status conference until September 12, 2023, at 9:30 a.m. and to exclude time between July 11, 2023, and September 12, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

/ / /

-1-

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE

   a) The government has represented that the discovery associated with this case includes over 24,000 Bates numbered items that include financial records, law enforcement reports, and videos among other things.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The United States also anticipates providing additional discovery requested by the defendants.

   b) Counsel for both defendants desires additional time to review the discovery provided by the government, assess the case, and discuss it with their clients, and otherwise prepare the matter for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2023 to September 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

-2-

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE

IT IS SO STIPULATED.

Dated:  June 27, 2023.               **SEGAL & ASSOCIATES, PC**

                        By:    /s/ Malcolm Segal_____
                               MALCOLM SEGAL
                               Attorneys for Defendant
                               KAYED BOURI

Dated: June 27, 2023.                **LAW OFFICES OF THOMAS A. JOHNSON**

                        By:    /s/ THOMAS A. JOHNSON_____
                               THOMAS A. JOHNSON
                               Counsel for Defendant
                               ZAYED BOURI

Dated: June 27, 2023.                **PHILLIP A. TALBERT**
                                     United States Attorney

                        By:    /s/ HEIKO P. COPPOLA_____
                               HEIKO P. COPPOLA
                               Assistant United States Attorney

## ORDER

   Pursuant to the stipulation of the parties, the status conference in this case previously scheduled for July 11, 2023, is continued to September 12, 2023, at 9:30 a.m. and time is excluded between July 11, 2023, and September 12, 2023, under Local Code T4.

   IT IS SO ORDERED.

Dated:  **June 27, 2023**           _____
                                    UNITED STATES DISTRICT JUDGE