THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAYED BOURI, and<br>ZAYED BOURI<br><br>　　　　Defendants | Case No.: 2:22-cr-0084 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　September 12, 2023<br>Time:　9:30 a.m.<br>Judge:　Hon. Dale A. Drozd |

## **STIPULATION**

The United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Zayed Bouri, as well as Malcolm Segal, counsel for defendant, Kayed Bouri, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on September 12, 2023.
2. By this stipulation, the defendants now move to continue the Status Conference to December 12, 2023 at 9:30 am.
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because counsel for both defendants need additional time to review the discovery provided by the government, assess the case, discuss it with their clients, and otherwise prepare the matter for trial.
   b. Counsel for both defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.

STIPULATION AND ORDER　　　　- 1 -

    d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 12, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: September 6, 2023          **LAW OFFICE OF THOMAS A. JOHNSON**

                                            /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Zayed Bouri

DATE: September 6, 2023          **SEGAL AND ASSOCIATES, PC**

                                            /s/ Malcolm Segal
                                            MALCOLM SEGAL
                                            Attorney for Kayed Bouri

DATED:  September 6, 2023

**PHILLIP A. TALBERT**
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

### ORDER

The Court has read and considered the parties' Stipulation.  Good cause appearing, the status conference in this case is continued to December 12, 2023, at 9:30 am.  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  Time is excluded under the Speedy Trial Act between September 12, 2023 and December 12, 2023.  **However, no further continuances of the status conference in this case will be granted absent a compelling showing of good cause.  Moreover, counsel should be prepared to discuss at the December 12, 2023 status conference the setting of a trial date, a trial confirmation hearing and, if necessary, a briefing schedule for pretrial motions.**

IT IS SO ORDERED.

Dated:  **September 6, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE