THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAYED BOURI, and<br>ZAYED BOURI<br><br>　　　　Defendants | Case No.: 2:22-cr-0084 DAD<br><br>**AMENDED STIPULATION AND ORDER SETTING MOTION SCHEDULE AND JURY TRIAL DATE**<br><br>Date:　December 12, 2023<br>Time:　9:30 a.m.<br>Judge:　Hon. Dale A. Drozd |

## STIPULATION

The United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Zayed Bouri, as well as Malcolm Segal, counsel for defendant, Kayed Bouri, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on December 12, 2023.
2. By this stipulation, the defendants now move to vacate the Status Conference on December 12, 2023.
3. The parties agree and stipulate to the following pretrial schedule:

    Defense's Dispositive Motions due: May 21, 2024

    The Government's Response to Dispositive Motions due: June 4, 2024.

    Defense's Reply due: June 11, 2024.

    Hearing on Dispositive Motions: June 18, 2024

    Trial Confirmation Hearing: July 16, 2024

STIPULATION AND ORDER　　　- 1 -

      Jury Trial: August 19, 2024.

4. All parties stipulate and agree that the ends of justice are served by the vacating of the status conference outweigh the best interest of the public and Defendants in a speedy trial.  The request for a trial date of August 19, 2024 is based on the trial schedules of the three attorneys in 2024, and based on the fact that we have over 80,000 pages of discovery to consider and defense investigation that must be conclude before trial commences.

5. It is further stipulated that the period from the date of this stipulation through and including August 19, 2024, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATE:  December 8, 2023                      **LAW OFFICE OF THOMAS A. JOHNSON**

                                                   /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Zayed Bouri

DATE:  December 8, 2023                      **SEGAL AND ASSOCIATES, PC**

                                                   /s/ Malcolm Segal
                                                 MALCOLM SEGAL
                                                 Attorney for Kayed Bouri

| | |
|---|---|
| DATED: December 8, 2023 | **PHILLIP A. TALBERT**<br>United States Attorney<br><br>/s/ Heiko P. Coppola<br>HEIKO P. COPPOLA<br>Assistant U.S. Attorney |

## ORDER

The Court has read and considered the parties' Stipulation. The Court ORDERS that the December 12, 2023 status conference be vacated, and the jury trial in this case be set for 9:00 a.m. on August 19, 2024. The court also adopts the parties briefing schedule for dispositive motions and schedules the hearing on any dispositive motions filed for June 18, 2024 at 9:30 a.m. and the trial confirmation hearing for 9:30 a.m. on July 16, 2024. Finally, the Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is therefore excluded under the Speedy Trial Act between December 12, 2023 and August 19, 2024 on that basis.

IT IS SO ORDERED.

Dated: **December 8, 2023**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE