THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Zayed Bouri

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>KAYED BOURI, and<br>ZAYED BOURI<br><br>   Defendants | Case No.: 2:22-cr-0084 DAD<br><br>**STIPULATION AND ORDER RESETTING MOTION SCHEDULE** |

## **STIPULATION**

The United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Zayed Bouri, as well as Malcolm Segal, counsel for defendant, Kayed Bouri, hereby stipulate the following:

1. The parties agree and stipulate to the following pretrial schedule:

    Defense's Dispositive Motions due: June 11, 2024.

    The Government's Response to Dispositive Motions due: June 25, 2024.

    Defense's Reply due: July 2, 2024.

    Hearing on Dispositive Motions: July 9, 2024

    Trial Confirmation Hearing: July 16, 2024

    Jury Trial: August 19, 2024.

STIPULATION AND ORDER        - 1 -

2. All parties stipulate and agree that the ends of justice are served by amending the pretrial schedule. The parties are actively working on a resolution and the filing of motions should be delayed until such time as the parties have exhausted settlement efforts. There are 80,000 pages of discovery and the investigation on both sides is still ongoing. Both parties are asking the court to delay the filing of motions so that a final decision on resolution can be addressed. The parties believe that the additional three weeks will serve the interests of justice as a resolution may occur, obviating the need for trial.

3. Time has already been excluded through and including August 19, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATE: May 21, 2024                    **LAW OFFICE OF THOMAS A. JOHNSON**

  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Zayed Bouri

DATE: May 21, 2024                    **SEGAL AND ASSOCIATES, PC**

  /s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Kayed Bouri

/ / /

STIPULATION AND ORDER        - 2 -

DATED:  May 21, 2024

**PHILLIP A. TALBERT**
United States Attorney

 /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

## ORDER

The Court has read and considered the parties' Stipulation to Reset the Motion Schedule.  The Court adopts the revised motion schedule and ORDERS that the motion schedule be reset as stated above.  However, given that the trial confirmation hearing is now scheduled only one week after the dispositive motion hearing date, depending on the nature of the motions filed the trial confirmation hearing may also be continued at a later date.  The Court continues to find that there is a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)- Local Code T4, to August 19, 2024.

IT IS SO ORDERED.

Dated:  **May 21, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE