THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
Attorney for Zayed Bouri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAYED BOURI, and<br>ZAYED BOURI<br>　　　　Defendants | Case No.: 2:22-cr-0084 DAD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING**<br><br>Date:　October 22, 2024<br>Time:　9:30 a.m.<br>Judge:　Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 22, 2024, at 9:30 a.m. is continued to October 29, 2024, at 9:30 a.m. in the same courtroom. The continuance is being requested because counsel for defendant, Zayed Bouri, Thomas Johnson, has a hearing on the same day in the matter of United States v. Sean Loloee, et al. The hearing was originally scheduled for October 21, 2024, but counsel was notified on October 2, 2024, that Judge Mueller's calendar cases have been moved from Mondays to Tuesdays. United States v. Loloee has 4 defendants, 9 lawyers and is set for a hearing on three dispositive search and seizure motions. Thomas Johnson's presence is required at this hearing. Heiko P. Coppola, Assistant United States Attorney, Thomas A. Johnson, attorney for Zayed Bouri, and Malcolm Segal, attorney for Kayed Bouri, agree to this continuance.

**IT IS SO STIPULATED.**

1

DATED: October 8, 2024 **PHILLIP A. TALBERT**
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

DATE: October 8, 2024 **LAW OFFICE OF THOMAS A. JOHNSON**

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Zayed Bouri

DATE: October 8, 2024 **SEGAL AND ASSOCIATES, PC**

/s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Kayed Bouri

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for October 22, 2024, in this case is continued to October 29, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 8, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28