Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
KAYED BOURI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>KAYED BOURI,<br><br>          Defendant. | Case No: 2:22-CR-00084 DAD<br><br><br>**ORDER SEALING DOCUMENTS** |

The Court has considered the defendant's Request to Seal Documents relating to Exhibits 1-3 to the Defendant's Sentencing Memorandum.

The Court finds good cause for sealing the Exhibits 1-3 to the Sentencing Memorandum.

IT IS HEARBY ORDERED that the Exhibits 1-3 to the Defendant's Sentencing Memorandum shall be filed under seal.

IT IS SO ORDERED.

Dated:  __October 22, 2024__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SEALING DOCUMENTS