1  MALCOLM SEGAL (SBN 075481)
2  Segal & Associates, PC
   500 Capitol Mall, Suite 600
3  Sacramento, CA 95814
   Telephone: (916) 441-0886
4
   Attorney for Defendant
5  KAYED BOURI

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:22-CR-00084 DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR RETURN OF PASSPORT** |
| v. | |
| KAYED BOURI, | |
| Defendant. | |

Defendant Kayed Bouri, by and through his counsel of record, Malcolm Segal, and Plaintiff United States of America, by and through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and agree that the passport previously surrendered by Defendant to this Court on May 5, 2022 (Dkt #5), can now be returned to him. Judgment and sentencing was entered as to Defendant on October 30, 2024 (Dkt #63), the Defendant has satisfied his restitution obligation, and the case is now closed. The defendant will continue to abide by all conditions of his supervised probation, including requesting permission to travel during the term of probation.

-1-
STIPULATION AND ORDER FOR RETURN OF PASSPORT

Dated:  February 7, 2025.    **SEGAL & ASSOCIATES, PC**

By:  /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KAYED BOURI

Dated: February 7, 2025.    **MICHELE BECKWITH**
Acting United States Attorney

By:  /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Attorneys for Plaintiff
UNITED STATES OF AMERICA

### ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated:  **February 7, 2025**    _Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR RETURN OF PASSPORT